**Rene R. BELASCO, Petitioner–Appellant,**

v.

**WARDEN, FEDERAL CORRECTIONAL INSTITUTION BIG SPRING, Respondent–Appellee.**

No. 04–11351.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 6, 2005.

Rene R. Belasco, Big Spring, TX, pro se.

Donna Kathleen Webb, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Respondent–Appellee.

Before JONES, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM: *

Rene R. Belasco, federal prisoner # 15787–083, appeals from the district court's denial and dismissal of his 28 U.S.C. § 2241 challenging the method used by the Bureau of Prisons ("BOP") for calculating good-time credits. Belasco sought an accelerated release based on his own method of calculation. During the pendency of this appeal, Belasco completed his imprisonment term, and he has been released from the BOP's custody. The issues Belasco has raised on appeal have thus been rendered moot by his release. *See Bailey v. Southerland,* 821 F.2d 277, 278 (5th Cir.1987).

Accordingly, this appeal is DISMISSED AS MOOT.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.